IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BARBARA L. HAAS, Executrix of the )
Estate of ROBERT F. HAAS, Deceased, )
)
    Plaintiff, )
)
v. ) Case No. 4:15-cv-00244-LGW-GRS
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## ORDER

Now before the Court is the United States' Unopposed Motion to Clarify and/or Enlarge Time to Answer Complaint. For good cause shown, the Court finds that the motion should be granted.

IT IS HEREBY ORDERED that the United States shall have until November 9, 2015 to file its answer or otherwise respond to the complaint.

Entered this 21st day of September, 2015

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTICT OF GEORGIA