IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BARBARA L. HAAS, Executrix of the Estate of ROBERT F. HAAS, Deceased, | Case No. 4:15-cv-00244-LGW-GRS |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

Now before the Court is the parties' Joint Motion for Stay of Proceedings While Parties Complete Settlement Process. For good cause shown, the Court finds that the motion should be granted.

IT IS HEREBY ORDERED that the proceedings in this action are stayed for a period of 90 days from the date of entry hereof.

Entered this 1st day of March, 2016

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTICT OF GEORGIA